[Nos. 43768-6-II; 43775-9-II;  Division Two.  July 9, 2013.]
43778-3-II.

THE STATE OF WASHINGTON, *Appellant*, v. SAMANTHA WESTLUND, *Respondent*.

Appeals from a judgment of the Superior Court for Cowlitz County, No. 09-1-00821-1, Stephen M. Warning, J., entered July 3, 2012. *Reversed* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Worswick, C.J., and Quinn-Brintnall, J.

[No. 43993-0-II.  Division Two.  July 9, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL SCOTT OGDEN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 12-1-00256-5, Stephen M. Warning, J., entered September 12, 2012. *Remanded with instructions* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J., and Bjorgen, J.

[No. 30089-7-III.  Division Three.  July 9, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. NIBARDO ANDRADE MENDOZA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 10-1-01215-5, F. James Gavin, J., entered July 15, 2011. *Reversed* and *remanded* by unpublished opinion per Siddoway, J., concurred in by Kulik, J.; Korsmo, C.J., concurring separately.

[No. 30652-6-III.  Division Three.  July 9, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN TOMAS ANDERTON, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 11-1-00844-8, Vic L. VanderSchoor, J., entered February 21, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Korsmo, C.J., concurred in by Kulik and Siddoway, JJ.